402 P.3d 512

**STATE of Hawai'i, Plaintiff-Appellee,**

**v.**

**Aaron SOARES, Defendant-Appellant**

**NO. CAAP-16-0000878**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 27, 2017.

SUMMARY DISPOSITION ORDER

Affirmed.

402 P.3d 512

**STATE of Hawai'i, Plaintiff-Appellee,**

**v.**

**Vicente Kote Kapika HILARIO,
Defendant-Appellant.**

**NO. CAAP-14-0000854**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 28, 2017.

SUMMARY DISPOSITION ORDER

Vacate. Remand.

402 P.3d 512

**STATE of Hawai'i, Plaintiff-Appellee,**

**v.**

**Jameel Richard DOWLING,
Defendant-Appellant.**

**NO. CAAP-16-0000809**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 28, 2017.

SUMMARY DISPOSITION ORDER

Affirm.